ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

LUCY VITALIANO

                           Plaintiff,

-against-

LOUIS PUBLIC COMPANY LIMITED
and GROUP VOYAGERS, INC.,

                           Defendants.
_____X

Index No. 07 Civ 6979 (WCC)
ECF CASE

**CONSENT TO**
**CHANGE ATTORNEY**

      **IT IS HEREBY CONSENTED THAT** Kreindler & Kreindler LLP of 100 Park Avenue, New York, New York 10017 be substituted as attorney(s) of record for the undersigned parties in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: January 30, 2008
       New York, New York

_____
Lucy Vitaliano

_____
Todd J. Krouner

_____
Kreindler & Kreindler LLP
By: Paul S. Edelman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

STATE OF NEW YORK )
                      ) ss.:
COUNTY OF WESTCHESTER )

      On the 30th day of JANUARY, 2008, before me personally came Lucy Vitaliano to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that she executed the same.

SO ORDERED.
Dated: White Plains, NY
       Feb. 8, 2008

_____
William C. Conner, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD

_____
Notary Public

Louise D. Gontcharuk
Notary Public, State of New York
Registration #01GO6034567
Qualified in Westchester County
My Commission Expires Dec. 13, 2009